UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONIQUE BROSCIOUS,<br><br>                Plaintiff,<br><br>vs.<br><br>K&C ENTERPRISE GROUP LLC, *doing business as* 656 Sports Bar & Grill,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-1688-LMM |

## **DEFAULT JUDGMENT**

      The defendant K&C Enterprise Group LLC, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Leigh Martin May, United States District Judge, by order dated November 27, 2017, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

      ORDERED AND ADJUDGED, that the plaintiff Monique Broscious, recover from the defendant K&C Enterprise Group LLC d/b/a 656 Sports Bar & Grill: $25,520.00 in unpaid minimum wage damages; $12,625.88 in unpaid overtime wage damages; $38,145.88 in liquidated damages resulting from Defendants' violations of the FLSA's minimum wage and overtime provisions, and attorney's fees in the amount of $4,200.00, for a total amount to be recovered of  **$80,491.76**

      Dated at Atlanta, Georgia this 27th day of November, 2017.

                                                  JAMES N. HATTEN
                                                  CLERK OF COURT

                            By:    s/ D. McGoldrick
                                     Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   November 27, 2017
James N. Hatten
Clerk of Court


By: s/ D. McGoldrick
      Deputy Clerk