UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MONIQUE BROSCIOUS,** )<br>**Individually and on behalf of others** )<br>**similarly situated,** )<br>         **Plaintiff,** )<br>)<br>)<br>**v.** )<br>)<br>**K&C ENTERPRISE GROUP LLC,** )<br>*d/b/a* **656 Sports Bar and Grill and** )<br>**KINA JACKSON,** )<br>         **Defendants.** ) | **CIVIL ACTION FILE**<br>**NO. 1:17-cv-1688-LMM** |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff and Defendant, by and through their counsel of record and file this Notice of Settlement in the above-styled action, respectfully showing the Court as follows:

1.

This matter came before the Court on Defendant's Motion To Set Aside And Motion To Open Default Judgment asking the Court to set aside its November 27, 2017 Order of Default Judgment pursuant to F.R.C.P. 55(c) and moving this Court pursuant to F.R.C.P. 60(b) to open the default.

2.

The Parties have since entered into a Settlement Agreement resolving any and all issues and claims.

3.

The Plaintiff expects to file a Notice of Dismissal as soon as practicable after receiving payment in the next 7-14 days.

This 31st day of January, 2018.

                                                   Respectfully submitted,

                                                   **/s/ Marvin S. Arrington, Jr.**
                                                   Marvin S. Arrington, Jr. Esq.
                                                   GA Bar #023805
                                                   *Counsel for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MONIQUE BROSCIOUS, | ) | |
| Individually and on behalf of others | ) | |
| similarly situated, | ) | |
|         Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| | ) | NO. 1:17-cv-1688-LMM |
| v. | ) | |
| | ) | |
| K&C ENTERPRISE GROUP LLC, | ) | |
| *d/b/a* 656 Sports Bar and Grill and | ) | |
| KINA JACKSON, | ) | |
|         Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY I have served the Notice of Settlement Agreement upon all parties to this action by efiling a true copy thereof to counsel of record as follows:

Paul Joseph Sharman, Esq.
**The Sharman Law Firm, LLC**
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022
paul@sharman-law.com

Respectfully submitted this 31st day of January, 2018.

                                                          **/s/ Marvin S. Arrington, Jr.**
                                                          Marvin S. Arrington, Jr. Esq.
                                                          GA Bar #023805
                                                          *Counsel for Defendant*

Arrington & Phillips, LLP
2200 Fairburn Road, SW
Atlanta, Georgia 30331
marvin@arringtonlawfirm.com
Office: (404) 349-2330
Facsimile: (404) 349-2650