IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONIQUE BROSCIOUS, Individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> K & C ENTERPRISE GROUP LLC d/b/a 656 SPORTS BAR <br><br> Defendants. | CIVIL ACTION FILE <br> NO.: 1:17-cv-01688-LMM <br><br> JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the parties stipulate and agree to the dismissal of this case with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 20th day of February, 2018.

By: /s/ *Paul J. Sharman*
Paul J. Sharman
Georgia Bar No. 227207
paul@sharman-law.com

The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, Georgia 30022
Phone: (678) 242-5297
Fax: (678) 802-2129

*Attorney for Plaintiff*

By: */s/ Marvin Arrington*
Marvin S. Arrington, Jr. Esq.
Georgia Bar No. 023805
d.fuchs@swtwlaw.com

Arrington & Phillips, LLP
2200 Fairburn Rd, SW
Atlanta, GA 30331
Phone: (404) 349-2330
Fax: (404) 349-2650

*Attorney for Defendant*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONIQUE BROSCIOUS, Individually and on behalf of others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION FILE ) NO.: 1:17-cv-01688-LMM |
| K & C ENTERPRISE GROUP LLC d/b/a 656 SPORTS BAR | ) ) ) |
| Defendants. | ) JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that I have this day typed the foregoing JOINT STIPULATION OF DISMISSAL with one of the font and point selections approved in LR 5.1C and electronically filed it with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 20th day of February, 2018.

                                                    s/Paul J. Sharman
Paul J. Sharman
Georgia Bar No. 227207
The Sharman Law Firm LLC
11175 Cicero Dr., Suite 100
Alpharetta, Georgia 30022
(678) 242-5297
paul@sharman-law.com

Attorney for Plaintiff

2